**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

MELISSA SUE CARNER
DENNIS RAY CARNER

Case No: 10–50705 – GFK

Debtor(s)

Chapter 7 Case

# NOTICE TO AMEND PETITION

To: MELISSA SUE CARNER, Attorney for Debtor(s)

The petition in this case filed on May 18, 2010 contained mistakes and must be amended for the following reasons:

**Deficiency:** PETITION MUST CONTAIN COUNTY OF RESIDENCE

Please use the attached form to make the necessary amendment. There are three separate sections, to correct a social security number, name or address. When no correction is necessary, please insert "NO CHANGE" in that section. Otherwise, please insert the correct information as necessary in the appropriate section.

Please file the amendment within seven calendar days after the date of this notice. If correcting or changing a name or address, please file the amendment using the Amended Petition event in CM/ECF. If correcting or changing the social security number, please file the amendment using the Social Security/Tax ID event in CM/ECF.

Thank you for your cooperation.

Dated: 5/18/10

Lori Vosejpka
Clerk, United States Bankruptcy Court

By: amm
Deputy Clerk

**mnbcnamp** Update 7/19/07 lm

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

MELISSA SUE CARNER
DENNIS RAY CARNER

Case No: 10–50705

Debtor(s)

Chapter 7 Case

## AMENDMENT TO PETITION

To: Clerk of Bankruptcy Court

The original petition filed on May 18, 2010 is hereby amended as follows:

**Number**

| | |
|---|---|
| The correct Social Security number(s) | SSN_____ |
| and/or Employer's Federal and State | SSN_____ |
| Tax Identification number(s) of the | FTN_____ |
| Debtor(s) is (are): | STN_____ |

**Name**
The correct name(s) of the Debtors(s) including AKA, DBA, or ASF if any, is (are):_____

**Address**
The correct address(es) of the Debtor(s), in _____ County, is (are):
_____

Verification I (We), debtor(s) named above, declare under penalty of perjury that the foregoing is true and correct.

Executed on:_____  Signed:_____
                                                             Debtor

Signed: _____  Signed: _____
   Attorney for debtor(s): insert name,        Debtor (spouse if joint case)
   address, telephone, and license number