**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

MELISSA SUE CARNER
DENNIS RAY CARNER

Case No: 10–50705

Debtor(s)

Chapter 7 Case

## ORDER OF DISMISSAL

The petition commencing this chapter 7 case was filed on 5/18/10 . The debtor(s)' signed application to pay the filing fee in installments accompanied the petition. The court granted the application in an order filed and entered on 5/24/2010 . The court further ordered that the balance of the filing fee be paid by 6/3/2010, and that if the filing fee still owing was not paid on or before such date, an order dismissing this case was to be entered immediately, without hearing, without further notice, and without notice to creditors, except as provided in paragraph 5 of the order. The balance of the filing fee has not been paid within the time specified by the order. The debtor(s) has not asked the court to extend the time to pay the installment.

IT IS THEREFORE ORDERED, that this chapter 7 case is dismissed, and that the clerk shall provide copies of this order as notice to the debtor(s), the attorney for the debtor(s), the trustee, the United States Trustee, and all creditors listed in the matrix filed with the petition commencing this case.

Dated: 6/4/10

Gregory F Kishel
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on June 4, 2010
Lori Vosejpka Clerk, United States Bankruptcy Court
By: debi Deputy Clerk

**mnbabdsm** 04/06/2005 – kb